

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-18-2012

# Erick Oliva Ramos v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 10-3849

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

## Recommended Citation

"Erick Oliva Ramos v. Atty Gen USA" (2012). *2012 Decisions.* Paper 224.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/224

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 10-3849

ERICK RODOLFO OLIVA-RAMOS,
                                                    Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                    Respondent

On Petition for Review of a Final Order
of the Board of Immigration Appeals
Immigration Judge: The Honorable Linda S. Wendtland
(No. A088-231-019)

Argued: November 16, 2011

Before: McKEE, *Chief Judge*, RENDELL and AMBRO,
*Circuit Judges*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on September

13, 2012, be amended as follows:

On page 2, delete the section identifying the attorney for *Amicus Curiae*,

AMERICAN CIVIL LIBERTIES UNION, and replace it with the following:

> TIMOTHY E. HOEFFNER, ESQ.
> DLA Piper LLP (US)
> One Liberty Place
> 1650 Market Street, Suite 4900
> Philadelphia, PA 19103
>
> Counsel for *Amici Curiae*, LATINOJUSTICE PRLDEF,
> AMERICAN CIVIL LIBERTIES UNION, AMERICAN
> CIVIL LIBERTIES UNION OF NEW JERSEY, ASIAN

1

AMERICAN LEGAL DEFENSE AND EDUCATION FUND, CARDOZO IMMIGRATION JUSTICE CLINIC and CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEWARK, in support of Petitioner

**IT IS SO ORDERED,**

By the Court:

/s/ Theodore A. McKee
Chief Judge

Dated:       October 18, 2012